UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   05 CV 5701 (NG) (VVP)
ROTHROCK & ASSOCIATES FINANCIAL,
INC., d/b/a ROTHROCK & ASSOCIATES,

       **Plaintiff,**

 -against-              **ORDER**

**JORDAN DREW, DAVID MARCUS, ALL
QUOTES INSURANCE, INC., and CYBER
FINANCIAL NETWORK, INC.,**

       **Defendants.**
-------------------------------------------------------------------X

**GERSHON, United States District Judge:**

  A review of the papers filed by plaintiff today reveals no basis for the entry of an order to show cause. Plaintiff is directed to bring its application for preliminary injunctive relief as a motion on notice to defendants. Such motion shall be referred to the Honorable Viktor V. Pohorelsky, United States Magistrate Judge, for report and recommendation, or, if the parties consent, to hear and determine.

               **SO ORDERED.**

               /S/
               **NINA GERSHON**
               **United States District Judge**

Dated:  Brooklyn, New York
     December 7, 2005