UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X       05 CV 5701 (NG) (VVP)
ROTHROCK & ASSOCIATES FINANCIAL,
INC., d/b/a ROTHROCK & ASSOCIATES,

                         **Plaintiff,**

   **-against-**                                                                                                           **ORDER**

**JORDAN DREW, DAVID MARCUS, ALL
QUOTES INSURANCE, INC., and CYBER
FINANCIAL NETWORK, INC.,**

                      **Defendants.**
-----------------------------------------------------------------X

**GERSHON, United States District Judge:**

       Upon further review of the complaint, it appears that this case should be designated as a Long Island case. *See* Local Rules for the Division of Business among District Judges, Eastern District, Rule 50.1(d)(2) (through Apr. 15, 2005 amendments), *available at* http://www.nyed.circ2.dcn/dc/localrules.pdf. Accordingly, the order of this court dated December 7, 2005 is vacated. The court's deputy shall issue a memorandum of transfer to Central Islip.

                                                                        **SO ORDERED.**

                                                                    /S/
                                                     **NINA GERSHON**
                                                     **United States District Judge**

Dated:      Brooklyn, New York
               December 9, 2005